UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| BILLY W. B., | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Action No. 7:22-CV-070-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, *Commissioner of* | ) | **JUDGMENT** |
| *Social Security*, | ) | |
| | ) | |
|     Defendant. | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order of the Court entered this date, it

is **HEREBY ORDERED AND ADJUDGED** as follows:

(1) Judgment is entered in favor of the Commissioner.

(2) This is a **FINAL** Judgment, and this matter is **STRICKEN** from the Court's active

docket.

This the 30th day of August, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

1